MARY MULLIGAN, as Administratrix, etc., Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued December 14, 1892; decided January 17, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made January 22, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial; also an order granting plaintiff an extra allowance.

*J. W. Dunwell* for appellant.

*John Gillette* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

THE SIXTH NATIONAL BANK of the City of New York, Appellant, *v.* THE LORILLARD BRICK WORKS COMPANY et al., Respondents.

(Argued December 15, 1892; decided January 17, 1893.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made May 2, 1892, which affirmed a judgment in favor of defendants entered upon a verdict directed by the court, and affirmed an order denying a motion for a new trial.

*R. D. Murray* for appellant.

*Richard L. Sweezey* for respondents.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.